

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division**

IN RE:

Scott Thomas Swierski

SSN#: XXX-XX-7209

Chapter 13

CASE NO: 13-32089

Related Court Docket Number: 29

**ORDER**

ON 06/01/2016,  AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion to Dismiss Case or to Modify Plan

JEFFREY G DALRYMPLE PA Present

**AND, THIS COURT FINDS** that:

Plan payments are in substantial default.

Debtor can resume payments June 2016.

**IT IS, THEREFORE, ORDERED** that:

Plan payments are to resume at/to be changed to **$6,145.00** per month.

Case subject to dismissal without further notice upon payment default for **June 2016.**

Plan composition percentage is set at **1%**.

Attorney for debtor allowed presumptive, non-base fee of **$200.00**.

Motion to Dismiss is denied.

This Order has been signed electronically,
pursuant to administrative order of the Court.
Effective as of date of entry.

Laura T. Beyer
UNITED STATES BANKRUPTCY COURT JUDGE

{:20160602102343:}